**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――――――

**INTERMOOR, INC.,**

              **Plaintiff,**          20-cv-4248 (JGK)

      - against -                    ORDER

**U.S. WIND, INC.,**

              **Defendant.**

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    As stated at the conference on July 20, 2020, the plaintiff may respond to the motion (Dkt. No. 16) by July 22, 2020 and the defendant may reply by July 27, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 20, 2020**           /s/ John G. Koeltl
                                        **John G. Koeltl**
                             **United States District Judge**